UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT R. REED,

    Plaintiff,

v.

NORTHEASTERN ASSET RECOVERY
GROUP, INC., et al.,

    Defendants.
_____/

Case No. 1:17-cv-136

HON. JANET T. NEFF

## ORDER OF DISMISSAL

The Court having reviewed the Stipulation of Dismissal (ECF No. 31):

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal (ECF No. 31) is GRANTED; this matter is DISMISSED with prejudice.

Dated: October 6, 2017

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge